IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| TYLER LOPEZ | § | |
| VS. | § | CIVIL ACTION NO. 9:22-cv-79 |
| GARY SANCHEZ, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Tyler Lopez, an inmate confined at the Angelina County Jail, proceeding *pro se*, filed the above styled civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendations for the disposition of the case.

### Discussion

The court previously entered an Order (doc. #7) directing Plaintiff to pay an initial partial filing fee of $55.47. Plaintiff then filed an Emergency Motion for a Preliminary Injunction. (Doc. #13.) Plaintiff asserted that officials at the jail, in an effort to retaliate against him for filing grievances and this lawsuit, refused to send the initial partial filing fee to the court. He stated the officials hoped this would result in the dismissal of this lawsuit. Plaintiff asked the court to direct officials at the jail to send his initial partial filing fee to the court.

The docket sheet reflects that the initial partial filing fee was paid on February 3, 2023. As a result, the relief sought in the motion is no longer required. The motion should therefore be denied as moot.

### Recommendation

Plaintiff Emergency Motion for a Preliminary Injunction should be denied as moot.

### Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within 14 days after being served with a copy of this report. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

**SIGNED this the 15th day of June, 2023.**

_____
Christine L Stetson
UNITED STATES MAGISTRATE JUDGE