| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

TYLER LOPEZ, §
　§
　　　　Plaintiff, §
　§
*versus* § CIVIL ACTION NO. 9:22-CV-79
　§
GARY SANCHEZ, *et al.*, §
　§
　　　　Defendants. §

**MEMORANDUM ORDER OVERRULING OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Tyler Lopez, proceeding *pro se*, filed the above-styled civil rights lawsuit against Greg Sanchez, Stacey Fredieu, Nick Gardner and Angelina County, Texas. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to 28 U.S.C. § 636 and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claim against Angelina County be dismissed for failure to state a claim upon which relief may be granted.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. Plaintiff filed objections to the magistrate judge's Report and Recommendation.

The court has conducted a *de novo* review of the objections. After careful consideration, the court is of the opinion the objections are without merit. In his complaint (#1), his amended complaint (#5), his second amended complaint (#11) and his supplement to his second amended complaint (#25), Plaintiff fails to identify a specific policy or custom of Angelina County which led to the harm he suffered. As a result, Plaintiff has failed to state a claim against Angelina County.

**ORDER**

Accordingly, the objections filed by plaintiff in this matter (#35) are **OVERRULED**. The findings of fact and conclusions of law set forth in the report of the magistrate judge (#31) are correct, and the report of the magistrate judge is **ADOPTED**. The claim against Angelina County is **DISMISSED** for failure to state a claim upon which relief may be granted.

**Signed this date**
**Feb 27, 2025**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE