| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

TYLER LOPEZ, §
§
       Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-79
§
GREG SANCHEZ, *et al.*, §
§
       Defendants. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

    Tyler Lopez, proceeding *pro se*, filed this civil rights lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion to dismiss filed by defendant Nick Gardner be granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#94) is **ADOPTED**. The motion to dismiss filed by defendant Gardner (#47) is **GRANTED**.

    SIGNED at Beaumont, Texas, this 18th day of March, 2025.

                                               *Marcia A. Crone*
                                         MARCIA A. CRONE
                                   UNITED STATES DISTRICT JUDGE